# EXHIBIT A

Post As: ███████████

**Thursday, July 28, 2016**

On-Site: ███████████
Billing: ███████████
Phone: ███████████
Fax: ███████████
███████████
███████████
New York, NY  10023

Deposit:
Acct. #:    SFFP Local

| Page: | 1 of 7 | Catering Manager: | David Brandt | Phone: | (212) 872-4792 |
|---|---|---|---|---|---|
| Created: | 6/15/2016 | Service Manager: | David Brandt | Phone: | (212) 872-4792 |

*The final guaranteed number of guests is due by 12:00 Noon two business days prior to your event.  * Should the final guaranteed number not be received as requested, the attendance number below will be the basis number for Billing charges. *Due to the added culinary expense of accommodating guarantee increases, a Culinary Service Charge equal to 6% of the per person menu price will be added to any increase of the guarantee. **OVERTIME:** There will be a charge for every additional half hour or fraction thereof for each waiter, waitress, captain where applicable.  Please see the reverse side of this page for more information.*

**Event Date:**   Thursday, July 28, 2016

| Time | Room | Event Name | Set-up | Post Y/N | EXP | Rental |
|---|---|---|---|---|---|---|
| 8:00 am - 12:00 pm | Grand Ballroom | Set Up | RD10 | Yes | | $0.00 |
| 11:01 am - 3:00 pm | Silver Corridor | Registration | RGTR | No | | $0.00 |
| 11:30 am - 12:30 pm | Astor Salon/Jade Salon | Reception | RECP | Yes | 750 | |
| 12:30 pm - 2:30 pm | Grand Ballroom | Tea Service | RD10 | Yes | 750 | |

## Menu Arrangements

| Serve: | 11:30 AM - 12:30 PM | **RECEPTION MENU** | Room: | Astor Salon/Jade Salon |
|---|---|---|---|---|

Waldorf Astoria New York Dry Snack Mix on all Bars and Cocktail Tables
(Complimentary)
* * *
THE FOLLOWING ITEMS TO BE DISPLAYED FROM AN ATTRACTIVELY DECORATED BUFFET TABLE:
CRUDITES DISPLAY
Long-Cut Farm Fresh Crudités, Dipping Sauces
5 Crudites Displays @$610.00 per display

| Serve: | 12:30 PM - 2:30 PM | **(2015) TEA SERVICE / LUNCHEON (PRE-SET)** | Room: | Grand Ballroom |
|---|---|---|---|---|

***Stewarding:  THIS IS A TEA LUNCH***
*Brewed Hot Tea to be offered tableside as guests on seated in addition to PRE-SET carafes of iced tea.*
***Pre-made pots of HOT Black tea to be poured by servers upon guest arrival as well as placed in center of table****
* * *
TO BE PRE-SET AT EACH TABLE:
PRE-SET Carafe of Iced Tea on each table
PRE-SET (1) B&B plate of Lemons on each table

(1) Waldorf Astoria Scone per guest
(pre-set on a B&B Plate)

Post As: ▓▓▓▓▓▓▓▓▓

**Thursday, July 28, 2016**

On-Site: ▓▓▓▓▓▓▓▓▓
Billing: ▓▓▓▓▓▓▓▓▓
Phone: ▓▓▓▓▓▓▓▓▓
Fax: ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓
New York, NY  10023

Deposit:
Acct. #: SFFP Local

| | | |
|---|---|---|
| Page: 2 of 7 | Catering Manager: David Brandt | Phone: (212) 872-4792 |
| Created: 6/15/2016 | Service Manager: David Brandt | Phone: (212) 872-4792 |

* * *
(1) Platter of Sliced Fresh Fruit per table
(Pre-Set on a Square China Plate)
* * *
(1) Platter of Miniature French Pastries per table
(pre-set on a White Square plate)
* * *
GRILLED AND SLICED BREAST OF CHICKEN
Citrus Quinoa Salad
Bibb Lettuce, Radicchio, Candied Pecans, Shaved Cucumber
Crumbled Coach Farms Goat Cheese
(PRE-PLATED and PRE-SET on a Rosenthal Round plate)
* * *
* * *
Waldorf=Astoria Blend Coffee, Decaffeinated Coffee and Specialty Blend Harney & Sons Assorted Teas

750 people @ $111.00 Per person

**Kosher Lunch Meals are available at a $75++ surcharge per meal.
Please notify your Catering Manager of any Kosher requirements at least 48 hours prior to your event.
~~~
**NOTES:**
*Early Linen: Please schedule to be complete by 9:30am.  Overtime charges to apply.
* Client has requested captain Miguel Diaz.

* NOTE: Host to provide detailed timeline 3 days prior to the event.

* Host requests that servers are in the room DURING the program to offer CONTINUOUS Coffee and HOT TEA service.

PRIORITY REQUESTS PER CLIENT:
Be sure to pour additional tea after initial service.
Please ensure we are fully attentive to tables throughout entire luncheon, even during speeches.
Stewarding musthave Brewed Hot Tea for tableside service upon arrival available.

Please assist in moving guests to GBR starting at 11:45am as much as possible.
In previous years this has taken too long and affected the production timeline.

| Beverage Arrangements | | Room Arrangements | |
|---|---|---|---|
| **Time:** 11:30 AM - 12:30 PM - | Room: Astor Salon/Jade Salon | **Setup** | Room: Grand Ballroom |

BEO #: 192633

Post As: ▓▓▓▓▓▓▓▓▓

**Thursday, July 28, 2016**

On-Site: ▓▓▓▓▓▓▓▓▓
Billing: ▓▓▓▓▓▓▓▓▓
Phone: ▓▓▓▓▓▓▓▓▓
Fax: ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓
New York, NY  10023

Deposit:
Acct. #:   SFFP Local
Page:      3  of  7                     Catering Manager: David Brandt      Phone: (212) 872-4792
Created:   6/15/2016                    Service Manager:  David Brandt      Phone: (212) 872-4792

---

(7) Bars and Bartenders

Waldorf=Astoria Brut, White Wine and Sparkling Mineral Water with Lime.            @$22.00 per guest

*\*\*Servers to Butler Pass Champagne and Mineral Water only from Silver Trays for 30 minutes:*

**Time:** 12:30 PM - 2:30 PM -            **Room: Grand Ballroom**

Assorted Soft Drinks and Mineral Waters available UPON REQUEST to be charged as consumed to the master account.            @$9.00 Per split

**\*\*PLEASE SEE "ADDITIONAL ARRANGEMENTS" SECTION FOR BARTENDER FEES\*\***

## Decorations

**Reception Drinks**            **Room: Astor Salon/Jade Salon**

LINEN~~~
Hotel to provide White Tablecloths.

**Lunch**            **Room: Grand Ballroom**

LINEN~~~
Hotel to provide White 8 Point Tablecloths and Napkins.

FLORAL~~~
Arrangements provided by Host.

NUMBER STANDS~~~
Hotel to provide (1) number stand per table.

## Additional Arrangements

---

Provide Rounds of (10) to accommodate final guarantee as per diagram.

Provide (2) 6ft tables with 1 chair each in Royal Box for Video Control.
Stage: Provide Riser Steps behind Presidential Podium

**Registration**            **Room: Silver Corridor**

SET BY 8AM:
(4) Easels to be placed by client
Provide (5) 6ft. Registration Tables with (1) chair each, (2) wastepaper baskets.

**Reception Drinks**            **Room: Astor Salon/Jade Salon**

ASTOR~~~
Provide Scattered Cocktail Tables with chairs.

Provide (2) bars on EAST Side of room and (2) bars on WEST side of ASTOR.

JADE~~~
Provide (2) bars on EAST Side of room and (1) bar on WEST side of JADE.

Provide Scattered Cocktail Tables with chairs.

Provide 66" Round Crudite Buffet in center of JADE and ASTOR.

**Lunch**            **Room: Grand Ballroom**

Existing set-up.

## Production Services

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Post As: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Thursday, July 28, 2016**

On-Site: ▓▓▓▓▓▓▓▓▓▓
Billing: ▓▓▓▓▓▓▓▓▓▓
Phone: ▓▓▓▓▓▓▓▓▓▓
Fax: ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
New York, NY  10023

Deposit:
Acct. #: SFFP Local

| | | | |
|---|---|---|---|
| Page: 4 of 7 | Catering Manager: David Brandt | Phone: (212) 872-4792 |
| Created: 6/15/2016 | Service Manager: David Brandt | Phone: (212) 872-4792 |

**Registration**                    Room: Silver Corridor

COATROOM~~~
We will make specific arrangements for (2) Checkroom Attendants to be on duty for your event at 10:30am through the conclusion of the event with "NO TIPPING" signs displayed.

**Reception Drinks**            Room: Astor Salon/Jade Salon

LABOR~~~
7  Bartenders                          @$250.00 Per Bartender

**Lunch**                              Room: Grand Ballroom

ATTIRE~~~
Business Attire.

PROGRAMS~~~
Hotel staff to set (1) per chair.

JOURNALS~~~
Hotel Staff to set (1) per chair in the first (1/2) of the room. Provide (1) on every OTHER Chair for Back (1/2) of room. Client to provide approx. only 600 total.

GIFT BAGS~~~
Hotel to place (1) gift bag per setting.

PIANO TUNING~~~
Piano Tuner at 8am on Stage.

PACKAGE ROOM~~~
Storage and Delivery arrangements for all packages received will be made accordingly.

**Setup**                              Room: Grand Ballroom

CARPENTER~~~
(1) Mechanic / Carpenter on duty at 8AM - Meet at GBR Stage for final touches. See Labor verbiage.        @$110.00 Per man hour

**Lunch**                              Room: Grand Ballroom

AUDIO VISUAL~~~
Equipment arrangements have been made directly with Kirk Van Nostrand of Presentation Services (212-872-7394). Please refer to separate PSAV agreement.

ELECTRICIAN~~~
4-Hour min (per man) for weekday start times btwn 6:02am-11:59pm; 7-Hour min btwn 12am-6:01am Weekdays and all hours on Weekends.

(1) Engineering Mechanic on duty from 8am to 2pm to operate Console.

(2) Engineering Mechanics to operate spotlight from 8am-2pm.

(1) Eng Mechanic on duty AT 8am to provide power as follows:
(1) 1000 Watt Lekos to front light Podium and (1) 750 watt leko to backlight podium and (2) Fixed Spotlight 1000 Watt Lekos for stage wash for choir.

(2) 20 Amp drops in Royal Box.

Provide (2) 110-120 Volt single phase 20 Amp line - 1 per spotlight

**BEO #:** 192633

**Post As:**

**Thursday, July 28, 2016**

**On-Site:**
**Billing:**
**Phone:**
**Fax:**

New York, NY  10023

**Deposit:**

| | | | | |
|---|---|---|---|---|
| **Acct. #:** | SFFP Local | | | |
| **Page:** | 5   of 7 | **Catering Manager:** David Brandt | **Phone:** (212) 872-4792 |
| **Created:** | 6/15/2016 | **Service Manager:** David Brandt | **Phone:** (212) 872-4792 |

*\*\*All box movement prices are based on the size and weight of each box.*

LABOR~~~
EARLY SET-UP OVERTIME: When early full table set is required, the charge of $43.06 per man hour, will be applied (with a 2-hour minimum).

OVERTIME ON CLOSING (Dinner) : Overtime will apply after (3.5) hours from the start of the event.
OVERTIME RATE:  After completion of the time designated above, which is determined by the time service personnel have CLEARED AND LEFT THE ROOM, overtime will begin
at a rate of $21.43 per half hour or increment thereof per service personnel including all captains, servers, bartenders and bus help assigned to this event.

Provide (1) 750 Watt Follow Spotlight.
Provide (4) lekos on 2nd tier for stage wash
Electrical inspection - NYC and fire underwriters electrical inspection filing fee (billed to master account for all exhibits, as required by New York City code).

### Deposit/Payment

Pre-payment due in full by Wire Transfer, Certified Check or Cashier's Check

Tax Exempt Certificate on file.

| | |
|---|---|
| Post As: | ▓▓▓▓▓▓▓▓▓▓ |

**Thursday, July 28, 2016**

| | |
|---|---|
| On-Site: | ▓▓▓▓▓▓▓▓▓▓ |
| Billing: | ▓▓▓▓▓▓▓▓▓▓ |
| Phone: | ▓▓▓▓▓▓▓▓▓▓ |
| Fax: | ▓▓▓▓▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓ |
| | New York, NY  10023 |

| | | | | | |
|---|---|---|---|---|---|
| Deposit: | | | | | |
| Acct. #: | SFFP Local | | | | |
| Page: | 6  of 7 | Catering Manager: | David Brandt | Phone: | (212) 872-4792 |
| Created: | 6/15/2016 | Service Manager: | David Brandt | Phone: | (212) 872-4792 |

**GRATUITY & ADMINISTRATIVE CHARGE:** The combined gratuity and administrative charge that is in effect on the day of your Event will be added to your bill.  Currently, the combined gratuity and administrative charge is equal to 23.75% of the food and beverage, sundry and room rental total, plus applicable state and local tax.  A portion of this charge will be a gratuity as calculated by the following formula and fully distributed to servers, and where applicable, captains and/or bartenders assigned to the Event:

· **For functions held on the 4th floor and 18th floor Executive Meeting Center:**  The gratuity will be the greater of: (i) 16.9% of Food & Room Rental and 18.4% of the Beverage total, or (ii) 15% of 96.3% of the combined Food & Beverage, Room Rental, Audio Visual Commission & other charges which are required by our Union contract to be subject to the combined gratuity.

· **All other Catering location Functions:** The gratuity will be the greater of (i) 15.9% of the Food and Room Rental total and 17.9% of that amount in Beverage served for events inside the function room or 15% for all beverage service from a Service Bar; or (ii) 15% of 96.3% of the combined Food & Beverage, Room Rental, Audio Visual commission and other charges which are required by our Union contract to be subject to the combined gratuity.

For all functions, the remainder of the combined gratuity and administrative charge (currently 23.75%) will be an administrative charge. This administrative charge is not a gratuity and is the property of the Hotel to cover discretionary costs of the Event.  We will endeavor to notify you in advance of your Event of any increases to the combined gratuity and administrative charge should different gratuities be in effect on the day of the Event pursuant to the applicable collective bargaining agreement.

BEO #: **192633**

**Post As:** ███████████

**Thursday, July 28, 2016**

**On-Site:** ███████████
**Billing:** ███████████
**Phone:** ███████████
**Fax:** ███████████

███████████
███████████
New York, NY  10023

**Deposit:**
**Acct. #:**  SFFP Local
**Page:** 7 of 7
**Created:** 6/15/2016

**Catering Manager:** David Brandt  **Phone:** (212) 872-4792
**Service Manager:** David Brandt  **Phone:** (212) 872-4792

---

Authorized Client Signature

David Brandt
Asst Dir Catering                            Date

Date

David Brandt
Asst Dir Catering                            Date

BEO #: **192633**