# EXHIBIT F

#99-113
Case No.M99040
HTC #990080

# VOLUNTARY SETTLEMENT AGREEMENT

The complaint of The Hotel Trades Council came before the Impartial Chairman on May 25, 1999. After discussion among the parties, it was agreed that this matter would be settled on the following basis:

1. All current Ushers who wish to move to the A-list shall be promoted to the A-list.

2. The Banquet Waiter A-list shall be frozen at 80 Waiters through attrition.

3. New Ushers will be hired from employees of the Waldorf Astoria. The first four (4) new Usher postions will be hired from the current Banquet houseman.

4. Ushers shall receive an hourly rate of pay of $15.00 per hour and will be considered tipped employees for purposes of scheduling, compensation for holidays, vacation etc.

5. New Ushers will service Coffee Breaks of 400 persons. A 15% gratuity will be distributed to the Ushers. No Banquet Captain will work said functions.

Ushers will service Continental Breakfasts of 75 persons or less. Gratuities for those functions will be distributed as follows: 12.5% to Ushers, 1.25% to Captains and 1.25% to Banquet Housemen. All seated Continental Breakfasts will continue to be performed by the A-list Banquet Waiters and Captains.

6. Ushers will be promoted to the A-list through an intregated list of Ushers and B-List by senority

7. The work for meeting set up will now be performed by the Banquet Houseman and their hourly rate of pay will be increased in accordance with the banquet houseman agreement dated May 25, 1999, attached hereto.

| | |
|---|---|
| Dated: May 25, 1999<br>New York, New York | _____<br>Impartial Chairman |
| _____<br>Hotel Trades Council Representative | Waldorf-Astoria Hotel<br>Employer |
| Print Name: _____ | Print Name: JOANNE BUDGE |
| _____<br>Hotel Trades Council Attorney | _____<br>Hotel Association Attorney |

Waldorf Banquet Delegates:

[redacted] waiter delegate

captain delegate            Bq bsmn delegate

                            Bq hsmn delegate

bq hsmn delegate

bq waiter delegate          bq waiter delegate

                            Oscars delegate

Room Service delegate

Peacock Alley delegate      Ushers delegate