

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Joseph A. Piesco, Jr.
joseph.piesco@dlapiper.com
T   212.335.4500
F   212.335.4501

July 30, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

   Re: *Morana v. Park Hotels & Resorts Inc. et al*
      Civil Action No. 1:20-cv-02797-RA

Dear Judge Abrams:

  We are counsel to Defendants Park Hotels & Resorts Inc. (f/k/a Hilton Worldwide, Inc.), Hilton Worldwide Holdings Inc., HLT NY Waldorf LLC, Hilton Domestic Operating Company Inc., and Waldorf=Astoria Management LLC (together, the "Defendants").  We write with the consent of Plaintiff's counsel to respectfully request that Defendants' current deadline of August 3, 2020 to respond to Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint, or in the Alternative, to Compel Arbitration be extended until August 10, 2020.  This is the first request for such an extension.

  We thank the Court for its time and attention to this matter.

           Respectfully submitted,

          **DLA PIPER LLP (US)**

          /s/ Joseph A. Piesco, Jr.

          Joseph A. Piesco, Jr.

cc: All counsel of record (*via* ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
7/31/2020