John J. Nestico (N.Y. SBN 1724020)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Tel: (510) 740-2946; Fax: (415) 421-7105
jnestico@schneiderwallace.com

Carolyn H. Cottrell (*Pro Hac Vice*)
Ori Edelstein (*Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

*Attorneys for Plaintiff and Class members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL MORANA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>PARK HOTELS & RESORTS, INC. d/b/a HILTON WORLDWIDE HOLDINGS, INC., HLT NY WALDORF LLC, HILTON DOMESTIC OPERATING CO. INC., and WALDORF=ASTORIA MANAGEMENT LLC<br><br>Defendants. | Case No. 1:20-cv-02797-RA |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff-Appellant Michael Morana, hereby appeals to the United States Court of Appeals for the Second Circuit the Opinion & Order [Doc. 71] entered by Hon. Ronnie Abrams on March 14, 2022 of the United States District Court Southern District of New York, which granted Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint

or, in the Alternative, to Compel Arbitration and dismissed Plaintiff's Second Amended Complaint for lack of subject matter jurisdiction under the Class Action Fairness Act. *See* **Exhibit A,** a true and correct copy of the ECF 71, Opinion and Order by Honorable District Judge Ronnie Abrams. Plaintiff-Appellant also appeals all other related order, judgments and papers in this action, if any.

This appeal is taken from each and every part of the Opinion & Order described above as well as the whole thereof.

This appeal is filed within the time limit established by Federal Rule of Appellate Procedure 4(a). *See* Fed. R. App. P. 4(a)(4)(A)(ii), (iv); 4(a)(4)(B)(i).

Date: April 12, 2022

        SCHNEIDER WALLACE
        COTTRELL KONECKY LLP

        */s/ Carolyn H. Cottrell*
        John J. Nestico (N.Y. SBN 1724020)
        6000 Fairview Road, Suite 1200
        Charlotte, North Carolina 28210
        Tel: (510) 740-2946; Fax: (415) 421-7105
        jnestico@schneiderwallace.com

        Carolyn H. Cottrell (*pro hac vice*)
        Ori Edelstein (*pro hac vice*)
        2000 Powell Street, Suite 1400
        Emeryville, California 94608
        Tel: (415) 421-7100; Fax: (415) 421-7105
        ccottrell@schneiderwallace.com
        oedelstein@schneiderwallace.com

        *Counsel for Plaintiff and Class Members*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I caused a copy of the above to be served upon counsel of record via the Court's CM/ECF filing system.

/s/ *Carolyn H. Cottrell*
Carolyn H. Cottrell
